No. 34,723

MICHAEL SORENSEN and EMIL SORENSEN, Copartners as THE CAPITOL SECURITIES COMPANY, *Appellees*, v. H. C. PAULSEN and THE UNIVERSAL CREDIT COMPANY, *Appellants*.

(101 P. 2d 933)

Opinion filed May 4, 1940.

*Keene Saxon*, of Topeka, for the appellants.
*Paul H. Royer*, of Abilene, for the appellees.

The opinion of the court was delivered by

SMITH, J.: The same legal points are involved in this as were involved in *Sorensen v. Pagenkopf*, ante, p. 913, 101 P. 2d 928 (this day decided). On the authority of the opinion in that case, the judgment in this case is reversed with directions to enter judgment for the defendant.